## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-cr-00015 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| SCOTT THOMAS | ) | |

## O R D E R

The plea hearing in this action is reset for Friday, September 20, 2013 at 3:00 p.m.

It is so **ORDERED**.

**ENTERED** this the *13* day of September, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court