UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:12CR00015 |
| | ) | Chief Judge Haynes |
| SCOTT T. THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

*[handwritten annotation: Denied without prejudice / Motion / no granted / will be / [illegible] / 1-3-14]*

## MOTION FOR ENTRY OF
## CONSENT PRELIMINARY ORDER OF FORFEITURE

COMES NOW the United States of America, by and through David Rivera, Acting United States Attorney for the Middle District of Tennessee, and Debra Phillips, Assistant United States Attorney, pursuant to Rule 32.2(b)(1) and (b)(2) of the Federal Rules of Criminal Procedure and moves for the issuance of the attached Consent Preliminary Order of Forfeiture based upon the agreement of the parties and the Court's acceptance of the Defendant Scott Thomas plea of guilty to Count One of the Indictment in the above-styled matter.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney

By: /s Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant U.S. Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Facsimile: (615) 401-6575
deb.phillips@usdoj.gov